IN THE UNITED STATES DISTRICT COURT
FOR THE
MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| BERNARD A. HOUSE, JR., | : | |
| | : | |
| Plaintiff | : | |
| | : | |
| v. | : | CIVIL NO. 3:12-CV-02358 |
| | : | |
| CAROLYN W. COLVIN, ACTING COMMISSIONER OF SOCIAL SECURITY, | : | (Judge Kane) |
| | : | |
| Defendant | : | |

ORDER
August 6, 2014

In accordance with the accompanying memorandum, **IT IS HEREBY ORDERED THAT:**

1. The Clerk of Court shall enter judgment in favor of Bernard A. House, Jr. and against the Commissioner of Social Security as set forth in the following paragraph.

2. The decision of the Commissioner of Social Security denying Bernard A. House, Jr. supplemental security income benefits is vacated and the case remanded to the Commissioner of Social Security to:

Conduct a new administrative hearing and;

Revaluate House's residual functional capacity in a manner consistent with the accompanying memorandum and, if necessary, elicit further medical opinion regarding House's physical impairments and accompanying limitations.

3. The Clerk of Court shall close this case.

        BY THE COURT:

        s/Yvette Kane
        Yvette Kane
        United States District Judge